IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSEPH D'ALESSANDRO, | : | |
| | : | |
| Plaintiff, | : | |
| | : | **CONSOLIDATED** |
| v. | : | Civ. Act. No. 04-137-JJF |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| THE UNITED STATES JUDICIAL | : | |
| SYSTEM, THE UNITED STATES | : | |
| CONGRESS, THE JUDICIAL | : | |
| CONFERENCE OF THE UNITED | : | |
| STATES, and ROBERT F. KELLY, | : | |
| | : | |
| Defendants, | : | |
| | : | |
| JOSEPH L. D'ALESSANDRO, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civ. Act. No. 04-616-JJF |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| ROBERT KELLY, ANTHONY J. | : | |
| SCIRICA, JOHN P. FULLAM, | : | |
| J. CURTIS JOYNER, SUE L. | : | |
| ROBINSON, JOSEPH H. | : | |
| RODRIGUEZ, RUGGERO J. | : | |
| ALDSIERT, MORTON I. | : | |
| GREENBERG, and MARJORIE O. | : | |
| RENDELL, | : | |
| Defendants. | : | |

O R D E R

At Wilmington, this 27 day of April 2005, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Plaintiff's motion to proceed <u>in forma pauperis</u> (D.I. 1) is **GRANTED**.

2. The above-captioned actions are **CONSOLIDATED**.

3.  To the extent that Plaintiff has filed a motion requesting that Chief Judge Robinson, Judge Kelly and Judge Rodriguez be recused from his closed cases, Plaintiff's motion is **DENIED AS MOOT**.

4.  Plaintiff's complaints are **DISMISSED** as both frivolous and malicious pursuant to 28 U.S.C. § 1915(e)(2)(B).

                                                    _____
UNITED STATES DISTRICT JUDGE